# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2007

134481

In re:

The Honorable Norene S. Redmond
Judge, 38th District Court
Eastpointe, Michigan

SC: 134481

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

On order of the Court, the Judicial Tenure Commission has issued a Decision and Recommendation for Discipline, and the Honorable Norene S. Redmond has consented to the Commission's findings of fact. We note that some of the conclusions of the Judicial Tenure Commission appear to involve matters reflecting legal error on the part of the respondent. We DIRECT the Judicial Tenure Commission to file a written explanation, within 28 days after the date of this order, citing any authority it believes it has for treating as unethical conduct matters of legal error that could have been subject to appellate review.

We retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2007

_____
Clerk

t1016